IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03105-WJM-KLM

FIDEL M. KABYESIZA, an individual,

    Plaintiff,

v.

THE GEO GROUP, a Florida corporation,
TERESA HUNT, in her official and individual capacity,
TERRY MAKETA, in his official and individual capacity, and
JOHN DOES 1-2, in their official and individual capacities,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Compel or, in the Alternative, to Dismiss** [Docket No. 50; Filed July 18, 2011] ("Motion to Compel") and **Motion to Vacate Settlement Conference** [Docket No. 51; Filed July 18, 20100] ("Motion to Vacate").  The Motions are premised on Plaintiff's alleged failure to comply with his discovery obligations after the withdrawal of counsel [Docket No. 43].  Defendants contend that Plaintiff has failed to respond to their attempts to confer and that until discovery is exchanged, they are not prepared to participate in a settlement conference.

    As a preliminary matter, the Motion to Compel does not comply with my procedures for resolving discovery disputes.  Specifically, the parties are required to contact the Court in advance of filing any opposed discovery motions.  *See, e.g.*, *Scheduling Order* [#29] at 9.  Although the Court understands that Plaintiff has not been responding to Defendants' attempts to confer, Defendants have not been given leave to file an opposed discovery motion.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion to Compel is **DENIED without prejudice**.

    IT IS FURTHER **ORDERED** that a hearing to address Plaintiff's alleged failure to respond to Defendants outstanding discovery requests is set for **July 25, 2011 at 10:30 a.m.**  Plaintiff and counsel shall appear **in person**.  Plaintiff's failure to appear will prompt the Court to issue an order to show cause why his case should not be dismissed pursuant to Fed. R. Civ. P. 41(b).

IT IS FURTHER **ORDERED** that the Motion to Vacate is **GRANTED**. The Settlement Conference set for August 8, 2011 at 1:30 p.m. is **vacated** and will be reset upon joint motion of the parties.

IT IS FURTHER **ORDERED** that in addition to mailing a copy of this Order to Plaintiff at his last known address,[1] the Clerk shall email a copy of this Order to Plaintiff at **kabyesiza@gmail.com**.

Dated:  July 18, 2011

---

[1] All recent Court correspondence sent to Plaintiff has been returned as undeliverable [Docket Nos. 28, 29, 43 & 47].  Pursuant to D.C.COLO.LCivR 10.1M., Plaintiff is required to provide the Court with notice of his new address.  He has not done so.