IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 10-cv-03105-WJM-KLM

FIDEL M. KABYESIZA, an individual,

    Plaintiff,

v.

THE GEO GROUP, a Florida corporation,
TERESA HUNT, in her official and individual capacity,
TERRY MAKETA, in his official and individual capacity, and
JOHN DOES 1-2, in their official and individual capacities,

    Defendant.

## ORDER AFFIRMING AUGUST 10, 2011 RECOMMENDATION AND DISMISSING AMENDED COMPLAINT WITH PREJUDICE

This matter is before the Court on the August 10, 2011 Recommendation by United States Magistrate Judge Kristen L. Mix that Plaintiff's Amended Complaint be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 58.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 26 at 2 n.1.) Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party. "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v.*

*Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").

The Court concludes that the Magistrate Judge's thorough and comprehensive analyses and recommendations are correct and that "there is no clear error on the face of the record." *See* Fed. R. Civ. P. 72(b) advisory committee's note. Therefore, the Court hereby ADOPTS the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is hereby ORDERED that the Recommendation of the United States Magistrate Judge (ECF No. 58), filed August 10, 2011, is ACCEPTED. For the reasons cited therein, Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Clerk shall enter judgment for Defendants.

Dated this 16th day of September, 2011.

BY THE COURT:

William J. Martinez
United States District Judge